UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HERMAN M. AUSTERO, ET AL, | No. C 11-0490 JCS |
| Plaintiff(s), | |
| v. | **ORDER DENYING PLAINTIFFS' MOTION FOR TEMPORARY RESTRAINING ORDER** |
| AURORA LOAN SERVICES, INC., ET AL, | **[Docket No. 18]** |
| Defendant(s). | |

On March 1, 2011, Plaintiffs filed an Emergency Motion for Temporary Restraining Order. *See* Docket No. 18. The Court finds that Plaintiffs have not met their burden of demonstrating the likelihood of success on the merits. The Plaintiffs' Motion is therefore DENIED.

In the Motion, Plaintiffs state that a trustee foreclosure sale of Plaintiffs' residence was scheduled to occur on February 28, 2011. The papers do not indicate whether the sale in fact occurred on that date. If the foreclosure sale has not yet occurred, the Court's denial is WITHOUT PREJUDICE.

IT IS SO ORDERED.

Dated: March 2, 2011

_____
JOSEPH C. SPERO
United States Magistrate Judge