1  **McCARTHY & HOLTHUS, LLP**
   James M. Hester, Esq. (SBN: 122133)
2  Charles E. Bell, Esq. (SBN: 256848)
   1770 Fourth Avenue
3  San Diego, CA 92101
    Telephone: (619) 685-4800
4   Facsimile: (619) 685-4811

5  Attorneys for Defendant,
   Aurora Loan Services LLC

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HERMAN M. AUSTERO, JR. AND MARIE C. AUSTERO,<br><br>Plaintiffs,<br><br>vs.<br><br>AURORA LOAN SERVICES, INC. ET AL,<br><br>Defendant. | Case No. 3:11-CV-00490-JCS<br><br>**DEFENDANT AURORA LOAN SERVICES LLC'S REQUEST TO APPEAR TELEPHONICALLY AT AURORA'S MOTION TO DISMISS AND PLAINTIFFS' MOTION FOR RECONSIDERATION**<br><br>Date: April 8, 2011<br>Time: 9:30 a.m.<br>Courtroom A – 15th Floor<br>Judge: Hon. Joseph C. Spero |

TO THE HONORABLE COURT AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Counsel for Defendant AURORA LOAN SERVICES LLC ("AURORA") hereby respectfully requests leave to appear before the Honorable Joseph C. Spero via telephonic appearance for Defendant's Motion to Set Aside Default and Plaintiffs' Motion for Reconsideration, scheduled for April 8, 2011, at 9:30 a.m.

///
///
///
///
///

---

1

**AURORA LOAN SERVICES LLC'S REQUEST TO APPEAR TELEPHONICALLY**

CA11-493

This request is made on the grounds that Charles E. Bell, Esq. of McCarthy & Holthus, LLP, attorneys for Defendant, lives and works in San Diego, California. Attorney Bell will be on standby at the time of hearing and can be reached directly at (619) 955-1578. Therefore, Counsel for AURORA respectfully requests to appear telephonically.

Dated: March 31, 2011              Respectfully submitted,

By:  */s/ Charles E. Bell*
Charles E. Bell, Esq.
Attorneys for Defendant,
Aurora Loan Services LLC

Dated: April 1, 2011



IT IS SO ORDERED
Judge Joseph C. Spero
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA