| | | | | |
|---|---|---|---|---|
| Thomas J. Holthus | CA NV NE | | AZ | Jessica R. Kenney |
| Kevin R. McCarthy | CA | | CA | Rebecca L. Lang |
| Paul M. Levine | AZ CA | | NV CA | Christopher K. Lezak |
| Matthew Silverman | AZ NM | | CA | Mishaela J. Graves |
| JaVonne M. Phillips | CA | | WA | Edgar I. Hall |
| Matthew E. Podmenik | CA | | CA | Brielyn G. Sesko |
| David C. Scott | CA | | CA | Rami N. Haddad |
| Jennifer C. Wong | CA | | CA | Jessica L. Klickna |
| Angela M. Michael | WA OR ID AK PA | | CA | Ashley B. Hennessee |
| Kristin Schuler-Hintz | CA NV | | CA | Michelle Ann Hoskinson |
| Gayle Jameson | CA | | CA | Christelle N. Ramseyer |
| Seth Harris | CA | | OR ID | Holger Uhl |
| James Hester | CA | | NV FL | Christopher Hunter |
| Charles E. Bell | CA | | CA | Terry Loftus |
| Kelly M. Raftery | CA | | CA | Laszlo Ladi |
| Matthew B. Learned | CA | | NV | Sherry A. Moore |
| Andrew B. Hall | CA | | CA | Ayana D. Guy |
| Seth J. Adams | NV | | CA | Paul H. Kang |
| Rachel S. Opatik | CA | | WA | Albert Lin |
| Melissa Robbins Coutts | CA | | WA | Mary Stearns |
| Jessica Partridge | CA | | CA | Joseph Chun |
| Kristin Zilberstein | CA | | NV | Janice Jacovino |
| Gregory Babcock | CA | | NV | Bonty Lonardo |
| Merdaud Jafarnia | CA | | AZ | Lakshmi Jagannath |
| Anna Marie Farrales | CA | | CA IL | Anne Ogle-Knee |
| Thomas J. Ruhrup | CA | | CA OH | Ann M. Eberts |
| Renee DeGolier | CA | | CA NY | M. Benjamin Susman |
| Roshni V. Patel | CA | | NV | Lindsey Bennett |

**McCarthy ◆ Holthus**
*A Limited Liability Partnership*
1770 Fourth Avenue
San Diego, California 92101
Telephone (619) 685-4800
Facsimile (619) 685-4811
www.McCarthyHolthus.com
Email to all personnel:
First initial and last name@mccarthyholthus.com

April 7, 2011

Chambers Clerk
Honorable Joseph C. Spero
San Francisco Courthouse
450 Golden Gate Avenue
San Francisco, CA 94102

Re: **Herman and Marie C. Austero v. Aurora Loan Services LLC**
Case No.: 3:11-CV-00490-JCS
MH File No.: CA11-493

To Clerk for the Honorable Joseph C. Spero,

Counsel for Defendant Aurora Loan Services LLC respectfully requests leave for an attorney who is not Lead Trial Counsel to appear before the Honorable Joseph C. Spero at Defendant's Motion to Dismiss and Plaintiffs' Motion for Consideration to Set Aside Foreclosure Proceedings on April 8, 2011 at 9:30 a.m.

The request is made on the grounds that, due to a family emergency on the part of Matthew Podmenik, Esq., McCarthy & Holthus' Civil Department Head, Mr. Podmenik could not attend to out-of-state business scheduled during the same time as the above-referenced hearings. Therefore, Lead Trial Counsel in this matter,

| Northwestern Office | Arizona Office | Las Vegas Office | Reno Office |
|---|---|---|---|
| 19735 10th Avenue NE, Suite N-200 | 8502 E. Via De Ventura Blvd. | 9510 West Sahara Avenue, Suite 110 | 200 S. Virginia St., 8th Floor |
| Poulsbo, WA 98370 | Scottsdale, AZ 85258 | Las Vegas, NV 89117 | Reno, NV 89501 |
| (206) 319-9100 | Telephone (480) 302-4100 | (702) 685-0329 ext. 3748 | (702) 685-0329 ext. 3748 |
| Facsimile (206) 780-6862 | Facsimile (480) 302-4101 | Facsimile (866) 339-5691 | Facsimile (866) 339-5691 |

Re:     <u>Herman and Marie C. Austero v. Aurora Loan Services LLC</u>
April 7, 2011
Page 2 of 2

---

Charles E. Bell, Esq., will be out of town in Mr. Podmenik's place and will be unavailable to appear telephonically at the scheduled hearing.

Counsel for Defendant respectfully requests that the Court allow Michelle A. Hoskinson, Esq., an Associate Attorney at McCarthy & Holthus who is familiar with this case, to appear telephonically in Mr. Bell's place at the April 8, 2011 hearing. Ms. Hoskinson will be on standby at the time of hearing and can be reached directly at (619) 916-3409.

Respectfully Yours,

*/s/ Michelle A. Hoskinson*

Michelle A. Hoskinson, Esq.
Associate Attorney
McCarthy & Holthus, LLP

Dated: April 7, 2011



IT IS SO ORDERED
Judge Joseph C. Spero
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Case3:11-cv-00490-JCS  Document30  Filed04/07/11  Page2 of 2