**McCARTHY & HOLTHUS, LLP**
James M. Hester, Esq. (SBN: 122133)
Charles E. Bell, Esq. (SBN: 256848)
1770 Fourth Avenue
San Diego, CA 92101
 Telephone: (619) 685-4800
 Facsimile: (619) 685-4811
 Email: cbell@mccarthyholthus.com

Attorneys for Defendant,
Aurora Loan Services LLC

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HERMAN M. AUSTERO, JR. AND MARIE C. AUSTERO,<br><br>Plaintiffs,<br><br>vs.<br><br>AURORA LOAN SERVICES, INC. ET AL,<br><br>Defendant. | Case No. 3:11-CV-00490-JCS<br><br>**DEFENDANT AURORA LOAN SERVICES LLC'S REQUEST TO APPEAR TELEPHONICALLY AT THE MOTION TO DISMISS**<br><br>Date: July 22, 2011<br>Time: 9:30 a.m.<br>Courtroom A – 15th Floor<br>Judge: Hon. Joseph C. Spero |

TO THE HONORABLE COURT AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Counsel for Defendant AURORA LOAN SERVICES LLC ("AURORA") hereby respectfully requests leave to appear before the Honorable Joseph C. Spero via telephonic appearance for the Motion to Dismiss scheduled for July 22, 2011, at 9:30 a.m.

///
///
///
///
///

1
**AURORA LOAN SERVICES LLC'S REQUEST TO APPEAR TELEPHONICALLY**

CA11-493

This request is made on the grounds that McCarthy & Holthus, LLP, attorneys for Defendant, is located in San Diego, California. Attorney Ashley Hennessee will be on standby at the time of hearing and can be reached directly at (619) 916-3407. Therefore, Counsel for AURORA respectfully requests to appear telephonically.

Dated: July 14, 2011                                Respectfully submitted,

                                      By:   */s/ Charles E. Bell*
                                            Charles E. Bell, Esq.
                                            Attorneys for Defendant,
                                            Aurora Loan Services LLC

Dated: July 18, 2011



IT IS SO ORDERED
Judge Joseph C. Spero

2
**AURORA LOAN SERVICES LLC'S REQUEST TO APPEAR TELEPHONICALLY**